# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MARY MARGARET MATHIS, individually and as Administrator of the ESTATE OF HOLLY BARLOW-AUSTIN; and MICHAEL GLENN AUSTIN, individually, § § § § § § Plaintiffs, § § v. § § SOUTHWESTERN CORRECTIONAL, LLC § d/b/a LASALLE CORRECTIONS, LLC and § LASALLE SOUTHWEST CORRECTIONS; § LASALLE MANAGEMENT COMPANY, § LLC; BOWIE COUNTY, TEXAS; § TIMOTHY REYNOLDS, M.D., individually; § STEVEN FOLTZ, individually; JAMES § MCCANN, individually; MICHELLE § ARNOLD, individually; TIFFANY HILL; § individually; MARKESHA JONES, § individually; AMANDA HUGHES, § individually; BRITTANY COOKSEY, § individually; and JOHN and JANE DOES 1- § 10. § § Defendants. § | NO.: 5:20-cv-00146-RWS-CMC |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Mary Margaret Mathis, Michael Glenn Austin, Southwestern Correctional, LLC d/b/a LaSalle Corrections, LaSalle Management Company, LLC, Bowie County, Texas, Timothy Reynolds, M.D., Steven Foltz, James McCann, Michelle Arnold, Tiffany Hill, Markesha Jones, Amanda Hughes, and Brittany Cooksey (collectively the "Parties") jointly move for entry of the attached proposed Stipulated Protective Order to assist in the protection of certain information

1

16789408.3

and/or documents that one or more of the Parties consider trade secrets and/or otherwise confidential, privileged, proprietary, and/or commercially sensitive.

Dated: June 9, 2021.

Respectfully submitted:


 /s/M. Brent Hicks
M. Brent Hicks, LA Bar #23778 (PHV)
McGlinchey Stafford, PLLC
301 Main St., 14th Floor
Baton Rouge, LA  70801
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076
bhicks@mcglinchey.com

Deirdre C. McGlinchey, LA Bar #24167 (PHV)
McGlinchey Stafford
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 596-2800
dmcglinchey@mcglinchey.com

Gregg D. Stevens, TX Bar #19182500
Melinda L. Hogan, TX Bar #24106226
McGlinchey Stafford PLLC
Three Energy Square
6688 North Central Expressway, Suite 400
Dallas, TX  75206
Telephone:  (214) 445-2445
Facsimile:  (214) 445-2450
gstevens@mcglinchey.com
mhogan@mcglinchey.com

and

Paul Miller, TX Bar #14056050
Troy Hornsby, TX Bar #00790919
Miller, James, Miller & Hornsby, L.L.P.
1725 Galleria Oaks Drive
Texarkana, Texas  75503
Telephone:  (903) 794-2711
Facsimile:  (903) 792-1276
paulmiller@cableone.net
troy.hornsby@gmail.com

*Counsel for Defendants, Southwestern Correctional, LLC d/b/a LaSalle Corrections; LaSalle Management Company, LLC, Bowie County, Texas; Amanda Hughes, Markesha Jones, Tiffany Hill, Brittany Cooksey and Michelle Arnold*


  /s/James L. Cook
James L. Cook, TX Bar #24034387
Morgan, Cook, Beck, L.L.P.
3512 Texas Boulevard
Texarkana, Texas  75503
Telephone:  (903) 793-5651
Facsimile:  (9030 794-5651
jlcook@mcblawfirm.com

*Counsel for Defendants, Timothy Reynolds, M.D., Steven Foltz, and James McCann*


  /s/David Carter
David Carter, TX Bar #03932780
Mercy Carter, LLP
1724 Galleria Oaks Drive
Texarkana, Texas  75503
Telephone:  (903) 794-9419
wdcarter@texarkanalawyers.com

and

3

16789408.3

>Erik J. Heipt
>Edwin S. Budge
>Budge & Heipt, PLLC
>705 2nd Ave., Suite 910
>Seattle, Washington  98104
>Telephone:  (206) 624-3060
>erik@budgeandheipt.com
>ed@budgeandheipt.com
>
>*Counsel for Plaintiffs, Mary Margaret Mathis and Michael Glenn Austin*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the Parties have had multiple communications consisting of substantial discussion of every item presented to the Court in this Joint Motion for Entry of Stipulated Protective Order, and the Joint Motion is agreed to by all Parties. The Parties are submitting a proposed Stipulated Protective Order for the Court's review and entry.

>*/s/M. Brent Hicks*
> M. Brent Hicks

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this Joint Motion for Entry of Stipulated Protective Order via the Court's CM/ECF system on June 9, 2021.

>*/s/M. Brent Hicks*
> M. Brent Hicks

16789408.3