## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| MARY MARGARET MATHIS, individually and as Administrator of the ESTATE OF HOLLY BARLOW-AUSTIN; and MICHAEL GLENN AUSTIN, individually, | § § § § § | |
| Plaintiffs, | § § | NO.:  5:20-cv-00146-RWS-JBB |
| v. | § § | |
| SOUTHWESTERN CORRECTIONAL, LLC d/b/a LASALLE CORRECTIONS, LLC and LASALLE SOUTHWEST CORRECTIONS; LASALLE MANAGEMENT COMPANY, LLC; BOWIE COUNTY, TEXAS; TIMOTHY REYNOLDS, M.D., individually; STEVEN FOLTZ, individually; JAMES MCCANN, individually; MICHELLE ARNOLD, individually; TIFFANY HILL; individually; MARKESHA JONES, individually; A. HUGHES, individually; B. CERY, individually; and JOHN and JANE DOES 1-10. | § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

---

**AGREED MOTION TO DISMISS CERTAIN CLAIMS WITHOUT PREJUDICE**

---

All parties, by and through their counsel, hereby stipulate and agree as follows:

1

1.      Plaintiffs desire to dismiss all claims asserted in this action against Defendants Bowie County, Texas, and LaSalle Management Company, LLC without prejudice to the refiling of the same and without regard to the statute of limitations.

2.      All defendants stipulate to the dismissal of Defendants Bowie County, Texas, and LaSalle Management Company, LLC without prejudice to the refiling of the same and without regard to the statute of limitations.

3.      On March 23, 2023, Plaintiffs filed a Motion to Dismiss Bowie County, Texas (ECF 175), and a Motion to Dismiss LaSalle Management Company, LLC (ECF 174). However, because those motions have been noted on the regular motions calendar, and because the parties desire to expedite the dismissal without prejudice of these defendants, the parties jointly request that ECF Nos. 175 and 174 be stricken from the motions calendar and that this Agreed Motion to Dismiss Certain Claims Without Prejudice be accepted in lieu of ECF Nos. 175 and 174.

4.      Following performance of the settlement reached in this matter, as explained in the parties' Status Update Concerning Settlement (ECF 176), Plaintiffs and the LaSalle Defendants will submit a joint motion to dismiss the LaSalle Defendants with prejudice and the removal of this case from the active docket of the Court.

5.      The parties jointly request that the Court now enter the order submitted with this motion, dismissing Defendants Bowie County, Texas, and LaSalle Management Company, LLC without prejudice to the refiling of the same and without regard to the statute of limitations.

DATED this 29th day of March, 2023.

Respectfully submitted,

BUDGE & HEIPT, PLLC                              MERCY CARTER, LLP


*/s/ Edwin S. Budge*                             */s/ David Carter*
Erik J. Heipt                                    David Carter
Edwin S. Budge                                   1724 Galleria Oaks Dr.
808 East Roy Street                              Texarkana, Texas 75503
Seattle, Washington 98102                        wdcarter@texarkanalawyers.com
ed@budgeandheipt.com                             Telephone: (903) 794-9419
erik@budgeandheipt.com                           Texas Bar No.: 03932780
Telephone: (206) 624-3060                        *Attorneys for Plaintiffs*
*Attorneys for Plaintiffs*



MILLER JAMES MILLER &                            McGLINCHEY STAFFORD, PLLC
HORNSBY, LLP


*/s/ Paul Miller*                                */s/ Deirdre C. McGlinchey*
PAUL MILLER                                      DEIRDRE C. MCGLINCHEY
Texas State Bar No. 14056050                     (Pro Hac Vice)
TROY HORNSBY                                      Louisiana Bar Roll #24167
Texas State Bar No. 00790919                     McGlinchey Stafford, PLLC
Miller, James, Miller & Hornsby,                 601 Poydras Street, 12th Floor
L.L.P.                                           New Orleans, Louisiana 70130
1725 Galleria Oaks Drive                         Telephone (504) 586-1200
Texarkana, Texas 75503                           dcglinchey@mcglinchey.com
Telephone: (903) 794-2711                        *Counsel for Defendants, Southwestern*
Facsimile: (903)792-1276                         *Correctional, LLC d/b/a LaSalle*
paulmiller@cableone.net                          *Corrections; LaSalle Management*
troy.hornsby@gmail.com                           *Company, LLC, Bowie County,*
*Counsel for Defendants, Southwestern*           *Texas; Amanda Hughes, Markesha*
*Correctional, LLC d/b/a LaSalle*                *Jones, Tiffany Hill, Brittany Cooksey*
*Corrections; LaSalle Management*                *and Michelle Arnold*
*Company, LLC, Bowie County, Texas;*
*Amanda Hughes, Markesha Jones,*
*Tiffany Hill, Brittany Cooksey and*
*Michelle Arnold*

3

/s/ James L. Cook
JAMES L. COOK
Texas Bar No. 24034387
Morgan, Cook & Beck, L.L.P.
3512 Texas Boulevard
Texarkana, TX 75503
Telephone: (903) 793-5651
Facsimile: (903) 784-5651
jlcook@mcblawfirm.com
*Attorneys for Timothy Reynolds, M.D.,
Steven Foltz, and James McCann*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on March 29, 2023, this document was filed with the Clerk of the Court for the United States District Court for the Eastern District of Texas, via the CM/ECF system, which will send notification of such filing to any counsel of record.

*/s/ Edwin S. Budge*
Edwin S. Budge