# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MARY MARGARET MATHIS, individually § <br> and as Administrator of the ESTATE OF § <br> HOLLY BARLOW-AUSTIN et al § <br> § <br> PLAINTIFFS § <br> v. § <br> § <br> SOUTHWESTERN CORRECTIONAL, § <br> L.L.C. d/b/a LaSALLE CORRECTIONS, § <br> L.L.C. et al § <br> DEFENDANTS § | CIVIL ACTION NO. 5:20-CV-00146-RWS |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss and Notice of Dismissal. Docket No. 182. The parties represent that this matter, including all claims and cross-claims, has been resolved among all of the parties. *Id.* Being well apprised of the pleadings, evidence, and arguments of counsel in this matter, and because it is agreed, the Court finds that the parties' motion should be **GRANTED.** Accordingly, it is

**ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** as to Defendants who were previously dismissed without prejudice, including Bowie County, Texas and LaSalle Management Company, LLC, with each party to bear its own attorneys' fees and costs; and

**ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** as to all parties against whom all claims, including cross claims, were asserted with each party to bear its own attorneys' fees and costs.

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 28th day of April, 2023.**

                                                                                          *Robert W. Schroeder III*
                                                                                          ROBERT W. SCHROEDER III
                                                                                          UNITED STATES DISTRICT JUDGE